# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BUNKER et al., | No. CV 23-09263-CJC (DFM) |
| Plaintiff(s), | Order Accepting Report and Recommendation of United States Magistrate Judge |
| v. | |
| JOSEPH BUCCINIO et al., | |
| Defendant(s). | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. Furthermore, the Court has conducted a de novo review of the objections that were filed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

    IT IS THEREFORE ORDERED that the Motion to Dismiss filed by Judge Michelle H. Gilleece and Judge Candace Garcia-Rodrigo is GRANTED, and that those Defendants are dismissed from this matter with prejudice.

Date: May 15, 2024

_____
CORMAC J. CARNEY
United States District Judge