# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BUNKER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH BUCCINIO, *et al.*, <br><br> Defendants. | Case No. 2:23-cv-09263-FLA (DFM) <br><br> **JUDGMENT** |

1

Pursuant to the court's Order Accepting the Reports and Recommendations of the United States Magistrate Judge, it is hereby ADJUDGED Defendants Joseph Buccinio and Joseph Mauro's ("Defendants") Motion to Dismiss, Dkt. 147, is GRANTED, and this action is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: January 5, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge